RATTET, PASTERNAK & GORDON OLIVER, LLP notappeal-stay_v1
Attorneys for the Debtor
550 Mamaroneck Avenue
Harrison, New York 10528
(914) 381-7400

JONATHAN S. PASTERNAK (6107)
DAWN K. ARNOLD (0642)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                    Chapter 11
                                          Case No. 05 B 24239 (ASH)
ST. CASIMIR DEVELOPMENT CORP.,

                              Debtor.
Tax ID: 13-4021298
-----------------------------------------------------------X

## NOTICE OF APPEAL

**PLEASE TAKE NOTICE**, that the above-captioned Debtors hereby appeal, pursuant to 28 U.S.C. §158(a) to the United States District Court for the Southern District of New York from the Findings of Fact and Order Granting Relief From the Automatic Stay Pursuant to 11 U.S.C. §362(d) and Related Injunctive Relief Pursuant to 11 U.S.C. §105(a) signed February 28, 2007 and electronically entered March 1, 2007.

This appeal is made pursuant to Federal Rule of Bankruptcy Procedure 8002(a).

In accordance with Rule 8004-1 of the United States District Court for the Southern District of New York, the names of the parties to the Order and their respective attorneys of record are listed below:

James B. Glucksman, Esq.
Rattet, Pasternak & Gordon Oliver, LLP
Attorneys for Appellants
550 Mamaroneck Avenue
Harrison, New York 10528

Office of the United States Trustee
Southern District of New York
33 Whitehall Street
21st Floor
New York, New York 10004
Attn: Richard Morrisey, Esq.

Michelle McMahon, Esq.
Heller Ehrman LLP
Attorneys for Alliant Tax Credit XVI, Inc.
and Alliant Tax Credit XIV, Ltd.
7 Times Square, Times Square Tower
New York, NY 10036


Dated:  Harrison, New York
         March 9, 2007

        Rattet, Pasternak & Gordon Oliver, LLP
        Attorneys for the Debtors
        550 Mamaroneck Avenue
        Harrison, New York  10528
        (914) 381-7400

           /s/ James B. Glucksman
By:_____
        James B. Glucksman (5722)