HELLER EHRMAN LLP
Russell Reid (RR 2011)
Michelle McMahon (MM 8130)
Times Square Tower, 7 Times Square
New York, NY 10036-6524
Telephone: (212) 832-8300
Facsimile: (212) 763-7600

Attorneys for Alliant Tax Credit Fund XIV, Ltd. and Alliant Tax Credit XIV, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

ST. CASIMIR DEVELOPMENT CORP.,

Debtor.

Chapter 11

Case No. 05 B 24239 (ASH)

## COUNTER DESIGNATION OF THE RECORD

Alliant Tax Credit XIV, Inc. and Alliant Tax Credit Fund XIV, Ltd. hereby designate the following additional items for the record on the Debtor's appeal of the Findings Of Fact And Order Granting Relief From The Automatic Stay Pursuant To 11 U.S.C. § 362(D) [Docket No. 88]:

| Designation No. | Docket No. in Case No. 05-24239 | Date Docketed | Item Designated |
|---|---|---|---|
| A-1 | 13 | 10/24/05 | Debtor's Answer to Complaint Referred from District Court to Bankruptcy Court |
| A-2 | 20 | 12/21/05 | Declaration of Brian Doran in Support of Motion for Relief from the Automatic Stay |
| A-3 | 26 | 1/23/06 | Reply Declaration Of Dean Obst In Further Support Of Alliant's Motions For Relief From The Automatic Stay And For Related Injunctive Relief |
| A-4 | 27 | 1/23/06 | Reply Declaration Of Brian Doran In Further Support Of Alliant's Motions For Relief From The Automatic Stay And For Related Injunctive Relief |
| A-4 | 28 | 1/23/06 | Reply Declaration Of Samuel Barkin In Further Support Of Alliant's Motions For Relief From The Automatic Stay And For Related Injunctive Relief |

| | | | |
|---|---|---|---|
| A-5 | 30 | 1/23/06 | Reply Memorandum Of Law In Further Support Of Alliant's (1) Motion For Relief From The Automatic Stay Pursuant To 11 U.S.C. § 362(d) And Related Relief And (2) Motion For Injunctive Relief Pursuant To 11 U.S.C. ? 105(a) And Fed. R. Bankr. P. 7065 |
| A-6 | 37 | 1/25/06 | Chapter 11 Plan of Reorganization |
| A-7 | 38 | 1/25/06 | Disclosure Statement |
| A-8 | 40 | 3/03/06 | Supplemental Memorandum of Law In Further Support Of Alliant's (1) Motion For Relief From The Automatic Stay Pursuant To 11 U.S.C. § 362(d) And Related Relief And (2) Motion For Injunctive Relief Pursuant To 11 U.S.C. § 105(a) And Fed. R. Bankr. P. 7065 |
| A-9 | 41 | 3/7/06 | Amended Disclosure Statement |
| A-10 | 42 | 3/7/06 | Amended Chapter 11 Plan |
| A-11 | 43 | 3/10/06 | Monthly Operating Report for 11-23 St. Casimir L.P. for October 2005 |
| A-12 | 44 | 3/10/06 | Monthly Operating Report for 11-23 St. Casimir L.P. for November 2005 |
| A-13 | 45 | 3/10/06 | Monthly Operating Report for 11-23 St. Casimir L.P. for December 2005 |
| A-14 | 48 | 3/31/06 | Supplemental Declaration of Brian Doran in Further Support of Great and Irreparable Injury Element of Alliant's Motions for Relief from the Automatic Stay and for Related Injunctive Relief |
| A-15 | 51 | 3/31/06 | Transcript of hearing held on March 8, 2006 |
| A-16 | 61, Ex. A | 5/08/06 | Transcript of the 341(a) Meeting held on November 9, 2005 |
| A-17 | 61, Ex. B | 5/08/06 | Transcript of hearing held on January 26 2006 |
| A-18 | 61, Ex. C | 5/08/06 | Transcript of hearing held on April 4, 2006 |
| A-19 | N/A | N/A | Transcript of hearing held on February 15, 2007 |
| A-20 | N/A | N/A | Docket as of March 23, 2007 |

| Designation No. | Docket No. in AP No. 05-08695 | Date Docketed | Item Designated |
|---|---|---|---|
| A-21 | 1 | 9/28/05 | Complaint, Attachment #3 to the copy of certified order transferring case no. 05-CV-8171-CM from the U.S. District Court. S.D.N.Y. the U.S. Bankruptcy Court, S.D.N.Y. |
| A-22 | 2 | 10/25/06 | Answer |
| A-23 | 5 | 1/23/06 | Plaintiff's Answer to the Counterclaims of Debtor St. Casimir Development Corporation |
| A-24 | 32 | 9/12/06 | Transcript of Hearing held on September 5, 2006 |

| | | | |
|---|---|---|---|
| A-24 | 42 | 11/1/2006 | Order Granting Plaintiff's Motion For Summary Judgment And Judgment Thereon |

Copies of designated items A-19 and A-20, which were not previously filed with the Court, are attached hereto.

Dated: March 27, 2007                                HELLER EHRMAN LLP

           /s/ Michelle McMahon
Russell Reid (RR 2011)
Michelle McMahon (MM 8130)
Times Square Tower, 7 Times Square
New York, NY 10036-6524
Telephone:  (212) 832-8300
Facsimile:   (212) 763-7600

Attorneys for Alliant Tax Credit Fund XIV, Ltd. and Alliant Tax Credit XIV, Inc.

**CERTIFICATE OF SERVICE**

      I, Michelle McMahon, hereby certify that on March 27, 2007, a true and correct copy of the foregoing Counter Designation of Record was served by United States Mail on the parties listed below.

                                                                   /s/ Michelle McMahon  
                                                                 Michelle McMahon, Esq.

| | |
|---|---|
| Office of the United States Trustee<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004 | NYS Department of Taxation & Finance<br>Insolvency Section<br>120 Broadway<br>New York, New York 10008 |
| Internal Revenue Service<br>290 Broadway, Fourth Floor<br>New York, New York 10007<br>Attn: Lisa Wold, Insolvency Group 4 | HBSC USA<br>P.O. Box 37278<br>Baltimore, MD 21297 |
| Hoberman, Miller, Goldstein<br>226 West 26th Street<br>New York, New York 10001 | Rodney James Mondello<br>11-23 St. Casimir Avenue<br>Yonkers, NY 10701 |
| Dawn Arnold<br>James B. Glucksman<br>Rattet Pasternak & Gordon Oliver, LLP<br>550 Mamaroneck Avenue, Suite 510<br>Harrison, NY 10528 | Michael J. Curto<br>Curto Schwartz Curto Bong & Vomvolakis<br>The Hudson Valley Bank Building<br>35 East Grassy Sprain Road<br>Yonkers, NY 10710 |
| Ballard Spahr Andrews & Ingersoll, LLP<br>Mellon Bank Center, 51st Floor<br>1735 Market Street<br>Philadelphia, PA 19103<br>Attn: David L. Pollack | Ballard Spahr Andrews & Ingersoll, LLP<br>601 13th Street, NW<br>Suite 1000 South<br>Washington, D.C. 20005<br>Attn: Constantinos Panagopoulos |