# Rattet, Pasternak & Gordon Oliver, LLP

A LIMITED LIABILITY PARTNERSHIP

*Attorneys at Law*

550 Mamaroneck Avenue
Harrison, New York 10528
(914) 381-7400
Fax: (914) 381-7406
www.rattetlaw.com

NY OFFICE
295 Madison Avenue, 19th Floor
New York, New York 10017
(212) 677-6900

PLEASE REPLY TO HARRISON OFFICE



RECEIVED
MAY - 4 2007
CHAMBERS OF
COLLEEN McMAHON

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

BY FACSIMILE TO (212) 805-6326

May 3, 2007

Hon. Colleen McMahon
United States District Court
500 Pearl Street
New York, New York 10007

    Re:    **St. Casimir Development Corp.**
              **Bankruptcy Appeals 07-2908 (CM)**

Dear Honorable Judge:

This is to confirm the briefing schedule in the within matter, as has been agreed upon by counsel to Appellant, St. Casimir Development Corp. and Appellee, Alliant:

    a) St. Casimir's brief: May 16, 2007;
    b) Alliant's brief: June 7, 2007; and
    c) St. Casimir reply: June 18, 2007

I respectfully request that the Court memo endorse this letter, in order to confirm that this schedule is acceptable. Please do not hesitate to call me with any questions or concerns.

Respectfully yours,

RATTET, PASTERNAK & GORDON OLIVER, LLP

BY: _____
James B. Glucksman

cc: Michelle McMahon, Esq.
     Margaret Mann, Esq.
     Attorneys for Appellees

5/9/2007
Schedule is acceptable