## Rattet, Pasternak & Gordon Oliver, LLP
### A LIMITED LIABILITY PARTNERSHIP
### Attorneys at Law

550 Mamaroneck Avenue
Harrison, New York 10528
(914) 381-7400
Fax. (914) 381-7406
www.rattetlaw.com

NY OFFICE
295 Madison Avenue, 19th Floor
New York, New York 10017
(212) 677-6900

PLEASE REPLY TO HARRISON OFFICE

BY FACSIMILE TO (212) 805-6326

May 15, 2007

Hon. Colleen McMahon
United States District Court
500 Pearl Street
New York, New York 10007



Re: **St. Casimir Development Corp.**
    **Bankruptcy Appeals 07-2908 (CM)**

Dear Honorable Judge:

I have requested, and my adversary has agreed, to modify the briefing schedule in the within matter, as follows, between Appellant, St. Casimir Development Corp. and Appellee, Alliant:

a) St. Casimir's brief: June 1, 2007;
b) Alliant's brief: June 29, 2007; and
c) St. Casimir reply: July 13, 2007

I respectfully request that the Court memo endorse this letter, in order to confirm that this schedule is acceptable. Please do not hesitate to call me with any questions or concerns.

Respectfully yours,

RATTET, PASTERNAK & GORDON OLIVER, LLP

BY: _____
James B. Glucksman

cc: Michelle McMahon, Esq.
    Margaret Mann, Esq.
    Attorneys for Appellees