# Rattet, Pasternak & Gordon Oliver, LLP

A LIMITED LIABILITY PARTNERSHIP

*Attorneys at Law*

550 Mamaroneck Avenue
Harrison, New York 10528
(914) 381-7400
Fax: (914) 381-7406

NY OFFICE
295 Madison Avenue, 19th Floor
New York, New York 10017
(212) 677-6900

PLEASE REPLY TO HARRISON OFFICE

RECEIVED MAY 29 2007 CHAMBERS OF COLLEEN McMAHON

BY FACSIMILE TO (212) 805-6326

May 25, 2007

Hon. Colleen McMahon
United States District Court
500 Pearl Street
New York, New York 10007

Re:  **St. Casimir Development Corp.**
     **Bankruptcy Appeals 07-2908 (CM)**

Dear Honorable Judge:   **MEMO ENDORSED**

I have requested, and my adversary has agreed, to modify the briefing schedule in the within matter, as follows, between Appellant, St. Casimir Development Corp. and Appellee, Alliant:

a) St. Casimir's brief: June 8, 2007;
b) Alliant's brief: July 1, 2007; and
c) St. Casimir reply: July 14, 2007

The reason for this request is that my involvement in a hearing on a Preliminary Injunction, which started as a hearing on a temporary restraining order. Said hearing commenced on Thursday, May 24, 2007 and will recommence on Tuesday, May 29, 2007 and continue, possibly, day to day until concluded. Thus, I respectfully request that the Court memo endorse this letter, in order to confirm that this schedule is acceptable.

[Handwritten endorsement: 5/29/07 Fine with me. By the time you get this the time you briefed my successor will have indexed my docket and I will not be hearing this matter.]

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

*Rattet, Pasternak & Gordon Oliver, LLP*

May 25, 2007
Hon. Colleen McMahon
United States District Court
Page - 2 –

Please do not hesitate to call me with any questions or concerns.

Respectfully yours,

RATTET, PASTERNAK & GORDON OLIVER, LLP

BY: _____
James B. Glucksman

cc:  Michelle McMahon, Esq.
     Margaret Mann, Esq.
     Attorneys for Appellees