RATTET, PASTERNAK & GORDON OLIVER, LLP
Attorneys for Appellant
550 Mamaroneck Avenue
Harrison, New York 10528
(914) 381-7400

JONATHAN S. PASTERNAK (6107)
DAWN K. ARNOLD (0642)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:                                    Bankruptcy Appeal

ST. CASIMIR DEVELOPMENT CORP.,            07 Civ. 2908 (CM)

                    Debtor.
-------------------------------------------------------------X

## SECOND AMENDED DESIGNATION OF RECORD
## AND STATEMENT OF ISSUES ON APPEAL

### DESIGNATION OF RECORD

ST. CASIMIR DEVELOPMENT CORP. (the "Debtor") hereby designates the record on appeal:

| Designation Number | Docket Date | Main Case (05-24239) Docket Number | Description of Item Designated |
|---|---|---|---|
| D-1 | 9/23/2005 | 1 | Voluntary Petition (Chapter 11). Order for Relief Entered. *Affidavit Pursuant to Local Bankruptcy Rule 1007-2 with Exhibits and Certification of Matrix*. |
| D-2 | 12/21/2005 | 19 | Motion for Relief from Stay *and Related Relief* filed by Samuel L. Barkin on behalf of Alliant Tax Credit Funds XIV, Ltd., Alliant Tax Credit XIV, Inc.. (Attachments: # 1 Notice of Motion# 2 Memorandum of Law in Support# 3 Proposed Order# 4) |

| Designation Number | Docket Date | Main Case (05-24239) Docket Number | Description of Item Designated |
|---|---|---|---|
| D-2a | 23 | 1/13/2006 | Affidavit of Gary Flocco in Opposition to Motion by Alliant Tax Credit XIV, Inc. and Alliant Tax Credit fund, XIV, Ltd for Relief from the Automatic Stay Pursuant to 11 U.S.C. Section 362(d) and for Injunctive Relief Pursuant to 11 U.S.C. Section 105(a) (related document(s)19) filed by Erica R. Feynman on behalf of St. Casimir Development Corp. a Corporation. (Attachments: # 1 Exhibit A/ Tenant Letters (Part 1)# 2 Exhibit A/ Tenant Letters (Part 2)# 3 Exhibit B/ Buena Vista project# 4 Exhibit C/ Duane Reade project# 5 Exhibit D/ No Violations through April 2005# 6 Exhibit E/ No Violations as of January 11, 2006# 7 Exhibit F/ Arco Management Agreement# 8 Exhibit G/ Mortgage Payment# 9 Exhibit H/ Trustee Release) |
| D-3 | 04/11/2006 | 56 | Order Signed On 4/11/2006 Re: Findings Of Fact And Order Granting Relief From The Automatic Stay And Related Injunctive Relief (Related Doc # 19). |
| D-4 | 06/07/2006 | 65 | Order Signed On 6/6/2006 Granting Motion To Correct Clerical Error In Order Granting Relief From The Automatic Stay (Related Doc # 62). (Neonakis, Alex) Modified on 6/7/2006 (Correa, Mimi). (Entered: 06/07/2006) |
| D-5 | 06/07/2006 | 66 | Amended Finding Of Fact And Order Signed On 6/6/2006 Granting Relief From the Automatic Stay. (related document(s)56) (Neonakis, Alex) (Entered: 06/07/2006) |
| D-6 | 06/13/2006 | 67 | Notice of Appeal (related document(s)66, 65) filed by James B. Glucksman on behalf of St. Casimir Development Corp. a Corporation. (Glucksman, James) (Entered: |

| Designation Number | Docket Date | Main Case (05-24239) Docket Number | Description of Item Designated |
|---|---|---|---|
| | | | 06/13/2006) |
| D-7 | 01/23/2007 | 75 | Opposition *Alliant?s Response To Appellant?s Motion For Order Clarifying Retroactive Effect Of Order And Seeking Injunctive Relief* filed by Michelle McMahon on behalf of Alliant Tax Credit Funds XIV, Ltd.. (McMahon, Michelle) (Entered: 01/23/2007) |
| D-8 | 01/23/2007 | 76 | Motion for Relief from Stay *Emergency Motion And Motion Of Alliant Tax Credit Xiv, Inc. And Alliant Tax Credit Fund Xiv, Ltd. To Annul Or Terminate The Automatic Stay And For An Injunction And Related Relief* filed by Michelle McMahon on behalf of Alliant Tax Credit Funds XIV, Ltd.. (Attachments: # 1 Exhibit A and B# 2 Proposed Order) (McMahon, Michelle) (Entered: 01/23/2007) |
| D-9 | 02/01/2007 | 77 | Notice of Hearing *on Emergency Motion And Motion Of Alliant Tax Credit Xiv, Inc. And Alliant Tax Credit Fund Xiv, Ltd. To Annul Or Terminate The Automatic Stay And For An Injunction And Related Relief To Maintain The Status Quo Pending Ruling On The Motion Pursuant To 11 U.S.C. ? 105(A) And 362(D)* (related document(s)76) filed by Michelle McMahon on behalf of Alliant Tax Credit Funds XIV, Ltd.. with hearing to be held on 2/15/2007 (check with court for location) Objections due by 2/12/2007, (McMahon, Michelle) (Entered: 02/01/2007) |
| D-10 | 02/05/2007 | | Receipt of Motion for Relief from Stay (fee)(05-24239-ash) [motion,185] ( 150.00) Filing Fee. Receipt number 41588. Fee amount 150.00. (Brundage) (Entered: 02/05/2007) |

| Designation Number | Docket Date | Main Case (05-24239) Docket Number | Description of Item Designated |
|---|---|---|---|
| D-11 | 02/07/2007 | 78 | Motion to Impose Automatic Stay *Motion for an Order (I) Finding the Automatic Stay Remains In Effect With Respect To Certain Actions Of Alliant; Or In The Alternative (II) Reinstanting The Automatic Stay Pursuant to 11 U.S.C. Sections 362(a) and 105(a)* filed by Dawn K. Arnold on behalf of St. Casimir Development Corp. a Corporation. (Attachments: # 1 Exhibits 1 - 4# 2 Exhibits 5 - 6# 3 Exhibit 7# 4 Exhibits 8-9# 5 Supplemental Declaration# 6 Supplemental Declaration Exhibits 1-2# 7 Proposed Scheduling Order) (Arnold, Dawn) (Entered: 02/07/2007) |
| D-12 | 02/07/2007 | 79 | Affidavit of Service (related document(s)78) filed by Dawn K. Arnold on behalf of St. Casimir Development Corp. a Corporation. (Arnold, Dawn) (Entered: 02/07/2007) |
| D-13 | 02/08/2007 | 80 | Order signed on 2/8/2007 Scheduling a Hearing on Debtor's Motion for an Order (I) Finding The Automatic Stay Remains In Effect With Respect To Certain Actions of Alliant; or in the Alternative (II) Reinstating Automatic Stay; and Containing Temporary Restraining Orders. (related document(s)78) The Hearing will be held on 2/15/2007 at 10:00 AM at Courtroom 520, White Plains Office (Webb, Lonnie) (Entered: 02/08/2007) |
| D-14 | 02/08/2007 | 81 | Affidavit of Service (related document(s)78) filed by Dawn K. Arnold on behalf of St. Casimir Development Corp. a Corporation. (Arnold, Dawn) (Entered: 02/08/2007) |

| Designation Number | Docket Date | Main Case (05-24239) Docket Number | Description of Item Designated |
|---|---|---|---|
| D-15 | 02/12/2007 | 82 | Opposition *to Motion to Annul or Terminate the Automatic Stay and For an Injunction and Related Relief to Maintain the Status Quo* (related document(s)78) filed by Dawn K. Arnold on behalf of St. Casimir Development Corp. a Corporation. (Attachments: # 1 Exhibits 1 and 2) (Arnold, Dawn) (Entered: 02/12/2007) |
| D-16 | 02/13/2007 | 83 | Affidavit of Service (related document(s)82) filed by Dawn K. Arnold on behalf of St. Casimir Development Corp. a Corporation. (Arnold, Dawn) (Entered: 02/13/2007) |
| D-17 | 02/13/2007 | 84 | Reply to Motion *of Alliant to Annul or Terminate the Automatic Stay and for an Injunction and Related Relief to Maintain the Status Quo Pending Ruling on the Motion Pursuant to 11 U.S.C. Sections 105(A) and 362(D)* (related document(s)76) filed by Michelle McMahon on behalf of Alliant Capital Ltd.. (McMahon, Michelle) (Entered: 02/13/2007) |
| D-18 | 02/13/2007 | 85 | Reply to Motion *Alliant's Request for Judicial Notice of Documents Relevant to Motion to Annul or Terminate the Stay and for an Injunction and Related Relief to Maintain the Status Quo Pending Ruling on the Motion Pursuant to 11 U.S.C. Sections 105(A) and 362(D)* (related document(s)76) filed by Michelle McMahon on behalf of Alliant Capital Ltd.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E, F, & G) (McMahon, Michelle) (Entered: 02/13/2007) |

| Designation Number | Docket Date | Main Case (05-24239) Docket Number | Description of Item Designated |
|---|---|---|---|
| D-19 | 02/20/2007 | 86 | Notice of Settlement of an Order *Findings of Fact and Order Relief from the Automatic Stay Pursuant to 11 U.S.C. ? 362(d)* filed by Michelle McMahon on behalf of Alliant Tax Credit Funds XIV, Ltd.. (Attachments: # 1 Proposed Order)(McMahon, Michelle) (Entered: 02/20/2007) |
| D-20 | 02/21/2007 | 87 | Notice of Settlement of an Order *Notice of Settlement of Proposed Counter-Order* (related document(s)86) filed by James B. Glucksman on behalf of St. Casimir Development Corp. a Corporation. Objections due by 2/23/2007, (Glucksman, James) (Entered: 02/21/2007) |
| D-21 | 02/26/2007 | 89 | Transcript *of Conventional Filing Re.: Hearing Held on 2/15/2007,* (related document(s)78, 76) filed by Fiore Transcription Service, Inc.. (Webb, Lonnie) (Entered: 03/08/2007) (actual transcript to be supplied) |
| D-22 | 03/01/2007 | 88 | Order signed on 2/28/2007 Granting Motion for Relief from Stay for creditor, Alliant Tax Credit XIV, Inc. (Related Doc # 76) (Webb, Lonnie) (Entered: 03/01/2007) |
| D-23 | 03/09/2007 | 90 | Notice of Appeal (related document(s)88) filed by James B. Glucksman on behalf of St. Casimir Development Corp. a Corporation. Appellant Designation due by 3/22/2007, (Glucksman, James) (Entered: 03/09/2007) |

| Designation Number | Adversary Proc. (05-8695) Docket Number | Docket Date | Description of Item Designated |
|---|---|---|---|
| D-24 | 3 | 12/21/2005 | Motion for Preliminary Injunction / *Motion for Injunctive Relief* filed by Samuel L. Barkin on behalf of Alliant Tax Credit Funds XIV, Ltd., Alliant Tax Credit XIV, Inc.. (Attachments: # 1 Notice of Motion# 2 Proposed Order# 3 Certificate of Service) |
| D-25 | 56 | 04/11/2006 | Order Signed On 4/11/2006 Re: Findings Of Fact And Order Granting Relief From The Automatic Stay And Related Injunctive Relief (Related Doc # 19). |

## **STATEMENT OF THE ISSUES**

1. Did the Court err in entering the Final Order Signed on: 2/28//2007 Re: Findings Of Fact And Order Granting Relief From The Automatic Stay And Related Injunctive Relief? (EOD Date: 3/1/2007. Doc. No: 88, Main Case)?

2. Did the Court err in ignoring applicable standards governing assumption or rejection of executory contracts in bankruptcy proceedings?

3. Did the Court err in ignoring applicable standards, pursuant to 11 U.S.C. §365, by failing to grant the Debtor any opportunity whatsoever, under the dictates of the decision of the District Court in In re St. Casimir Development Corp., 2007 WL 79405, to assume or reject its executory contract with Appellee?

4. Did the Court err in ignoring the distinction between standards for lifting the automatic stay pursuant to 11 U.S.C. §362 and the standards for limiting time for assumption or rejection of executory contracts pursuant to 11 U.S.C. §365?

5. Did the Court err in determining that the economic interests of a general partner in a limited partnership cannot be assigned pursuant to 11 U.S.C. §365 and New York Partnership Law §121-702?

      6.     Did the Bankruptcy Court err in finding that the Debtor was not capable of reorganization within a reasonable amount of time?

Dated: Harrison, New York
       March 16, 2007

                       RATTET, PASTERNAK
                       & GORDON OLIVER, LLP
                       Attorneys for the Debtors/
                           Appellant
                       550 Mamaroneck Avenue
                       Harrison, New York 10528
                        (914) 381-7400

                          /s/ James B. Glucksman
                     By:_____
                        JAMES GLUCKSMAN (5722)