*Rattet, Pasternak & Gordon Oliver, LLP*

A LIMITED LIABILITY PARTNERSHIP

*Attorneys at Law*

RECEIVED JUN 14 2007 CHAMBERS OF COLLEEN McMAHON

550 Mamaroneck Avenue
Harrison, New York 10528
(914) 381-7400
Fax: (914) 381-7406
www.rattetlaw.com

**MEMO ENDORSED**

NY OFFICE
295 Madison Avenue, 19th Floor
New York, New York 10017
(212) 677-6900

PLEASE REPLY TO HARRISON OFFICE

6/15/07

*[Handwritten endorsement:] No - this case remains in White Plains - and will be transferred to Judge Karas. I have enough to not deny me Judge Casey's docket [signature]*

BY FACSIMILE TO (212) 805-6326

June 14, 2007

Hon. Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    St. Casimir Development Corp.
             Bankruptcy Appeals 07-2908 (CM)

Dear Honorable Judge:

    I write with respect to the above-captioned appeal. On this Court's latest docket entry in this appeal approving a revised briefing schedule (Memo Endorsement, Docket No. 8), you indicated that you may not hear this appeal because this appeal is currently in front of the District Court in White Plains. However, our office believes, and counsel for Alliant agrees, that your familiarity with the issues raised in (i) the prior appeals (Case Nos. 06-Civ-5605 (CM), 06-Civ-5606 (CM) and 06-Civ-5607 (CM)); (ii) your ruling in respect of those appeals, In re St. Casimir Development Corp., 358 B.R. 24 (S.D.N.Y. 2007); and (iii) your subsequent rulings concerning the stay pending appeal of that decision, make it judicially economical for you to hear the above-captioned appeal, which involves legal and factual issues related to all of the foregoing. Thus, we respectfully request that you remain assigned to this appeal. This office has no problem with conducting oral argument in the District Court in New York City.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

*Rattet, Pasternak & Gordon Oliver, LLP*

June 14, 2007
Hon. Colleen McMahon
United States District Court
Page - 2 -

If you have any questions, please do not hesitate to call.

Respectfully yours,

RATTET, PASTERNAK & GORDON OLIVER, LLP

BY: _____
James B. Glucksman

CONSENTED TO AND AGREED:

HELLER EHRMAN, LLP
Attorneys for Appellee

BY: _____
Timothy S. Mehok