**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK, NEW YORK 10007-1581
(212) 805-6325

CHAMBERS OF
COLLEEN McMAHON
UNITED STATES DISTRICT JUDGE

MEMORANDUM

From: Judge McMahon

To: All Litigants

Effective August 3, 2007, Judge McMahon will no longer be responsible for any cases, civil or criminal, in White Plains. Her entire pending docket, civil and criminal, will be transferred to The Hon. Kenneth M. Karas. From August 4, 2007 until September 3, 2007, Judge Karas will be transitioning into White Plains; in case of emergencies, he can be reached at 500 Pearl Street, Chambers 920, New York, New York 10007, telephone number (212) 805-0274. Routine applications for matters like adjournments should be addressed to the assigned Magistrate Judge, to the Magistrate Judge on duty in White Plains (if your assigned Magistrate Judge is on vacation), or to the Judge sitting in Part I in Foley Square. Beginning September 4, 2007 Judge Karas will be in Chambers 533, his telephone number will be (914) 390-4145.

After August 3, DO NOT send any correspondence or inquiry relating to a White Plains case to Judge McMahon.