HELLER EHRMAN LLP
Russell Reid (RR 2011)
Timothy Mehok (TM 5909)
Times Square Tower
7 Times Square
New York, NY 10036-6524
Telephone: (212) 832-8300
Facsimile: (212) 763-7600

Counsel for Alliant Tax Credit Fund XIV, Ltd. and
Alliant Tax Credit XIV, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

ST. CASIMIR DEVELOPMENT CORP.,

                   Debtor.

Bankruptcy Appeal

Case No. 07-CV-2908 (KMK)

## NOTICE OF APPEARANCE AND OF SUBSTITUTION OF ATTORNEY OF RECORD

      PLEASE TAKE NOTICE that the undersigned, Timothy Mehok, hereby appears on behalf of Appellees Alliant Tax Credit Fund XIV, Ltd. and Alliant Tax Credit XIV, Inc. ("Appellees") in the above-captioned action, and demands that all pleadings, notices, orders, correspondence, and other papers in connection with the action be served upon:

                   HELLER EHRMAN LLP
                   Timothy Mehok
                   Times Square Tower
                   7 Times Square
                   New York, NY 10036
                   Phone: (212) 832-8300
                   Fax: (212) 763-7600

      PLEASE TAKE FURTHER NOTICE that Timothy Mehok of Heller Ehrman LLP is hereby substituted for Michelle McMahon (formally of Heller Ehrman LLP) as counsel for Appellees.

Dated: October 9, 2007
      New York, New York

                   **HELLER EHRMAN LLP**

                   By: /s/ Timothy Mehok
                   Timothy Mehok (TM 5909)
                   Times Square Tower
                   7 Times Square
                   New York, NY 10036

                   Counsel for Alliant Tax Credit Fund XIV, Ltd.
                   and Alliant Tax Credit XIV, Inc.

**CERTIFICATE OF SERVICE**

        I, Timothy Mehok, hereby certify that on October 9, 2007, a true and correct copy of the foregoing Notice of Appearance and of Substitution of Attorney of Record was served by ECF and United States Mail on the parties below.

    Jonathan S. Pasternak, Esq.
    James E. Gluckman, Esq.
    Rattet Pasternak & Gordon Oliver, LLP
    550 Mamaroneck Avenue
    Suite 510
    Harrison, NY 10528

    Counsel to Appellant

                                                /s/ Timothy Mehok
                                                Timothy Mehok