```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

HELLER EHRMAN LLP
Russell Reid (RR 2011)
Timothy Mehok (TM 5909)
Times Square Tower
7 Times Square
New York, NY 10036-6524
Telephone: (212) 832-8300
Facsimile: (212) 763-7600

Counsel for Alliant Tax Credit Fund XIV, Ltd. and
Alliant Tax Credit XIV, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

ST. CASIMIR DEVELOPMENT CORP.,

                        Debtor.

Bankruptcy Appeal

Case No. 07-CV-2908 (KMK)

### NOTICE OF APPEARANCE AND OF SUBSTITUTION OF ATTORNEY OF RECORD

PLEASE TAKE NOTICE that the undersigned, Timothy Mehok, hereby appears on behalf of Appellees Alliant Tax Credit Fund XIV, Ltd. and Alliant Tax Credit XIV, Inc. ("Appellees") in the above-captioned action, and demands that all pleadings, notices, orders, correspondence, and other papers in connection with the action be served upon:

    HELLER EHRMAN LLP
    Timothy Mehok
    Times Square Tower
    7 Times Square
    New York, NY 10036
    Phone: (212) 832-8300
    Fax: (212) 763-7600

PLEASE TAKE FURTHER NOTICE that Timothy Mehok of Heller Ehrman LLP is hereby substituted for Michelle McMahon (formally of Heller Ehrman LLP) as counsel for Appellees.

Dated: October 9, 2007
       New York, New York

SO ORDERED
/s/ Kenneth M. Karas
KENNETH M. KARAS U.S.D.J.
12/4/07

HELLER EHRMAN LLP

By: /s/ Timothy Mehok
Timothy Mehok (TM 5909)
Times Square Tower
7 Times Square
New York, NY 10036

Counsel for Alliant Tax Credit Fund XIV, Ltd.
and Alliant Tax Credit XIV, Inc.