# HellerEhrman LLP

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

January 25, 2008

*By FedEx*

**MEMO ENDORSED**

Russell L. Reid, Jr.
Russell.Reid@hellerehrman.com
Direct +1 (212) 847-8640
Main +1 (212) 832-8300
Fax +1 (212) 763-7600

99992.0350

Honorable Kenneth M. Karas
United States District Court Judge, S.D.N.Y.
United States Courthouse
300 Quarropas St., Room 533
White Plains, New York 10601

Re: In re St. Casimir Development Corp., Case Nos. 06-5605, 06-5605, 06-5607; In re St. Casimir Development Corp., Case No. 07-2908.

Dear Judge Karas:

Heller Ehrman LLP represents Alliant Tax Credit Fund XIV, Ltd., and Alliant Tax Credit XIV, Inc. (together, "Alliant") in the above referenced appeals currently pending before this Court. We are writing pursuant to Rule 1.4 of the Local Rules of the United States District Courts for the Southern District of New York for permission to withdraw as counsel from these matters.

Margaret M. Mann, Esq. (formerly a shareholder of Heller Ehrman LLP) is counsel to Alliant. Ms. Mann recently left Heller Ehrman LLP and joined the firm of Sheppard Mullin LLP. Consequently, Alliant has requested that Sheppard Mullin LLP be substituted for Heller Ehrman LLP as counsel in these matters. A Substitution of Attorney for each matter, executed by Alliant, Ms. Mann on behalf of Sheppard Mullin, and myself on behalf of Heller Ehrman is enclosed.

Thereby, Heller Ehrman respectfully requests leave from the Court to withdraw as counsel to Alliant in the above-captioned proceedings. If the Court approves such withdrawal, please memo endorse this letter as appropriate and enter it in the above-captioned proceedings.

We thank the Court for its consideration.

Sincerely,

Russell L. Reid, Jr.

*Granted*

Enclosure
cc: Mr. James Glucksman, Esq. of Rattet, Pasternak & Gordon Oliver, LLP
    (counsel to St. Casimir)
    Ms. Margaret M. Mann, Esq. of Sheppard Mullin LLP

NY 781263 v1

KENNETH M. KARAS U.S.D.J.
1/28/08

Heller Ehrman LLP   Times Square Tower   7 Times Square   New York, NY 10036-6524   www.hellerehrman.com

Beijing   Hong Kong   London   Los Angeles   Madison, WI   New York   San Diego   San Francisco   Seattle/Anchorage   Shanghai   Silicon Valley   Singapore   Washington, D.C.

HELLER EHRMAN LLP
Russell Reid (RR 2011)
Times Square Tower, 7 Times Square
New York, NY 10036-6524
Telephone: (212) 832-8300
Facsimile: (212) 763-7600

Counsel for Alliant Tax Credit Fund XIV, Ltd.
and Alliant Tax Credit XIV, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

ST. CASIMIR DEVELOPMENT CORP.,

Debtor.

Bankruptcy Appeal

Case Nos. 06 CV 05605 (KMK)
06 CV 05606 (KMK)
06 CV 05607 (KMK)

## SUBSTITUTION OF ATTORNEY

Alliant Tax Credit Fund XIV, Ltd. and Alliant Tax Credit XIV, Inc. hereby substitute Sheppard Mullin LLP, 501 West Broadway, 19th Floor, San Diego, CA 92101, Telephone: 619.338.6500, Facsimile No.: 619.234.3815, as attorney of record in place of Heller Ehrman LLP, Times Square Tower, 7 Times Square, New York, NY 10036-6524.

Dated: January 25, 2008

HELLER EHRMAN LLP

By _____

Russell Reid (RR 2011)
Times Square Tower, 7 Times Square
New York, NY 10036-6524
Telephone: (212) 832-8300
Facsimile: (212) 763-7600

Attorneys for Alliant Tax Credit Fund XIV,
Ltd. and Alliant Tax Credit XIV, Inc.

SD 895183 v1
(40399.0008)

The above substitution is hereby approved:

Dated: January 24, 2008        ALLIANT TAX CREDIT FUND XIV, LTD. AND
                               ALLIANT TAX CREDIT XIV, INC

                               By: _____
                                   Brian Doran


The above substitution is hereby accepted:

Dated: January 15, 2008        HELLER EHRMAN LLP

                               By _____
                                   RUSSELL REID

Dated: January 24, 2008        SHEPPARD MULLIN LLP

                               By _____
                                   MARGARET M. MANN

SD 895183 v1
(40399.0008)                           2

HELLER EHRMAN LLP
Russell Reid (RR 2011)
Times Square Tower, 7 Times Square
New York, NY 10036-6524
Telephone: (212) 832-8300
Facsimile: (212) 763-7600

Counsel for Alliant Tax Credit Fund XIV, Ltd.
and Alliant Tax Credit XIV, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

ST. CASIMIR DEVELOPMENT CORP.,

                              Debtor.

Bankruptcy Appeal

Case No. 07 CV 2908 (KMK)

## SUBSTITUTION OF ATTORNEY

Alliant Tax Credit Fund XIV, Ltd. and Alliant Tax Credit XIV, Inc. hereby substitute Sheppard Mullin LLP, 501 West Broadway, 19th Floor, San Diego, CA 92101, Telephone: 619.338.6500, Facsimile No.: 619.234.3815, as attorney of record in place of Heller Ehrman LLP, Times Square Tower, 7 Times Square, New York, NY 10036-6524.

Dated: January 25, 2008        HELLER EHRMAN LLP

                                            By _____

                                              Russell Reid (RR 2011)
                                              Times Square Tower, 7 Times Square
                                              New York, NY 10036-6524
                                              Telephone: (212) 832-8300
                                              Facsimile: (212) 763-7600

                                              Attorneys for Alliant Tax Credit Fund XIV,
                                              Ltd. and Alliant Tax Credit XIV, Inc.

NY 783391 v1
(99982.0201)

The above substitution is hereby approved:

Dated: January 24, 2008        ALLIANT TAX CREDIT FUND XIV, LTD. AND
                               ALLIANT TAX CREDIT XIV, INC

                               By: _____
                                   Brian Doran

The above substitution is hereby accepted:

Dated: January 25, 2008        HELLER EHRMAN LLP

                               By _____
                                   RUSSELL REID

Dated: January 24, 2008        SHEPPARD MULLIN LLP

                               By _____
                                   MARGARET M. MANN

NY 781391 v1
(99982.0201)                              2