SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Malani Cademartori
30 Rockefeller Plaza, 24th Floor
New York, NY 10112
Telephone: (212) 332-3800
Facsimile: (212) 332-3888

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ x   **ECF CASE**
:
 In re:                                                            :   07-CV-02908 (KMK)
                                                                   :
ST. CASIMIR DEVELOPMENT CORP.,                                     :   Bankruptcy Appeal from Case
                                                                   :   No. 05-B-24239 (ASH)
                                                                   :
              Debtor.                                              :
------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

        PLEASE TAKE NOTICE that the undersigned, Malani Cademartori, hereby appears on behalf of Appellees Alliant Tax Credit Fund XIV, Ltd. and Alliant Tax Credit XIV, Inc. ("Appellees") in the above-captioned action, and demands that all pleadings, notices, orders, correspondence, and other papers in connection with the action be served upon:

        Sheppard, Mullin, Richter & Hampton LLP
        Malani Cademartori
        30 Rockefeller Plaza, Suite 2400
        New York, New York 10112
        Telephone: 212-332-3800, Facsimile: 212-332-3888
        mcademartori@sheppardmullin.com

with a copy to:

        Sheppard, Mullin, Richter & Hampton LLP
        Margaret M. Mann
        501 W. Broadway, 19th Floor
        San Diego, CA 92101
        Telephone: 619-338-6613; Facsimile: 619-515-4105
        mmann@sheppardmullin.com

Dated: February 14, 2008        Sheppard, Mullin, Richter & Hampton LLP

        By:  /s/ Malani Cademartori
        Malani Cademartori
        30 Rockefeller Plaza, 24th Floor
        New York, NY 10112

        Counsel for Alliant Tax Credit Fund XIV,
        Ltd. and Alliant Tax Credit XIV, Inc.