*Rattet, Pasternak & Gordon-Oliver, LLP*

A LIMITED LIABILITY PARTNERSHIP

*Attorneys at Law*

550 Mamaroneck Avenue
Harrison, New York 10528
(914) 381-7400
Fax: (914) 381-7406
www.rattetlaw.com

NY OFFICE
295 Madison Avenue, 19th Floor
New York, New York 10017
(212) 677-6900

PLEASE REPLY TO HARRISON OFFICE

BY HAND DELIVER

July 2, 2008

Hon. Kenneth M. Karas
United States District Court
300 Quarropas Street
White Plains, New York 10601

    Re:   **St. Casimir Development Corp.**
            **Bankruptcy Appeals 07-2908 (KMK)**

Dear Honorable Judge:

    I am writing to advise the Court that St. Casimir Development Corp., Appellant herein, will not be reactivating the appeal. Thus, pursuant to the Stipulation this Court "so ordered" on March 7, 2008, a copy of which I enclose, and upon the filing of a partial satisfaction of judgment against Gary Flocco (not a party to this appeal) only, the appeal may be closed.

    Please do not hesitate to call me with any questions or concerns.

                              Respectfully yours,

                              RATTET, PASTERNAK & GORDON OLIVER, LLP

                              BY: _____
                                  James B. Glucksman

cc:    David D'Amour, Esq.
       Margaret Mann, Esq.
       Attorneys for Appellees